IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

BASEM M.F. HUSSEIN,

     Plaintiff,

  v.                                                  Civil Action No. 01-2381

UNIVERSAL  DEVELOPMENT                               Electronically Filed
MANAGEMENT, INC., t/d/b/a The Meadows
Apartments, UDE OF MITCHELL ROAD,
LTD., and SHERRI LYNN WILSON,

     Defendants.

## EMERGENCY MOTION TO DEPOSIT IN COURT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 66

Defendants, Universal Development Management, Inc., t/d/b/a The Meadows Apartments, UDE of Mitchell Road, Ltd., and Sherri Lynn Wilson, by their undersigned counsel, move the court as follows:

1.    On September 22, 2005, the jury in this matter found Defendants liable for invading Plaintiff's privacy.

2.    The jury awarded $850,000.00 in compensatory damages to Plaintiff, as well as $1,600,000.00 in punitive damages.

3.    Defendants have filed a Rule 59(e) Motion to Amend or Alter the Judgment. Defendants have also filed a Rule 50 Motion seeking Judgment as a Matter of Law or, in the alternative, a new trial.

4.    Defendants have filed an Emergency Motion for Stay, requesting that this Honorable Court stay the execution of the judgment pending the disposition of Defendants' Rule 59(e) and Rule 50 motions.

5.    Defendants seek to deposit into court a bond in the amount of 120% of the verdict (i.e., a bond in the amount of $2,940,000.00), so as to provide adequate security for Plaintiff during the stay period.

WHEREFORE, Defendants request that this Honorable Court grant their Emergency Motion to Deposit, and permit Defendants to post a bond in the amount of $2,940,000.00.

Respectfully submitted,

DICKIE, MCCAMEY & CHILCOTE, P.C.

Dated: _____          _____/s/_____
                               James R. Miller
                               PA I.D. #16190
                               Rodger L. Puz
                               PA I.D. #67216

                               Two PPG Place, Suite 400
                               Pittsburgh, PA  15222
                               (412) 281-7272


                               R.E. HALL & ASSOCIATES, P.C.
                               R. Eric Hall
                               PA I.D. #40895

                               1275 Glenlivet Drive, Suite 210
                               Allentown, PA  18106

                               *Attorneys for Defendants Universal Development Management, Inc. t/d/b/a The Meadows Apartments, UDE of Mitchell Road, Ltd. And Sherri Lynn Wilson*

## <u>CERTIFICATE OF SERVICE</u>

I, Rodger L. Puz, Esquire, hereby certify that true and correct copies of the foregoing **Emergency Motion to Deposit in Court Pursuant to Federal Rule of Civil Procedure 66** have been served this __6th__ day of October, 2005, by U.S. first-class mail, postage pre-paid, to counsel of record listed below:

Craig L. Fishman, Esquire
Tarasi, Tarasi & Fishman, P.C.
510 Third Avenue
Pittsburgh, PA  15219-2181
*Attorneys for Plaintiff*

DICKIE, McCAMEY & CHILCOTE, P.C.

By _____/s/_____
      Rodger L. Puz

*Attorneys for Defendants Universal Development Management, Inc. t/d/b/a The Meadows Apartments, UDE of Mitchell Road, Ltd. And Sherri Lynn Wilson*