## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BASEM M.F. HUSSEIN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| UNIVERSAL DEVELOPMENT | ) |
| MANAGEMENT, INC. t/d/b/a | )   2:01cv2381 |
| The Meadows Apartments, | ) |
| UDE OF MITCHELL ROAD, LTD, and | ) |
| SHERRI LYNN WILSON, | ) |
| | ) |
| Defendants. | ) |

### ORDER OF COURT

AND NOW, this 10th day of November, 2005, upon consideration of Plaintiff's MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO RULE 59(e) (*Document No. 134*), Defendants' REPLY TO MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO RULE 59(e) (*Document No. 161*), and PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO RULE 59(e) (*Document No. 162*), and it appearing to the Court that Plaintiff is entitled to post-judgment interest pursuant to 28 U.S.C. § 1961, that the parties agree that the correct rate of post-judgment interest is 3.82%, and that Plaintiff is entitled to interest in the amount of $88.96 per day on the compensatory damages award and $167.45 per day on the punitive damages award commencing September 23, 2005, for a total amount of $256.41 per day,

NOW THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Alter or Amend Judgment Pursuant to Rule 59(e) is GRANTED.  An amended judgment which reflects the foregoing will be entered forthwith.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc:  Craig L. Fishman, Esquire
Email: clf@tarasilaw.com

R. Eric Hall, Esquire,
Email: rerichall@yahoo.com

James R. Miller, Esquire
Email: jmiller@dmclaw.com

Rodger L. Puz, Esquire
Email: rpuz@dmclaw.com