**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 06-1136</u>

Hussein

vs.

Universal Dev Mgmt, et al.

, Appellant

(Western District of Pennsylvania Civil No. 01-cv-02381)

O R D E R

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

*Marcia M. Waldron*
Clerk
United States Court of Appeals
for the Third Circuit

Date: May 26, 2006

cc:
    Craig L. Fishman, Esq.
    James R. Miller, Esq.
    Rodger L. Puz, Esq.
    Kim Kocher, Esq.