IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BASEM M. F. HUSSEIN<br><br>*Plaintiff,*<br><br>v.<br><br>UNIVERSAL DEVELOPMENT<br>MANAGEMENT, INC., t/d/b/a<br>THE MEADOWS APARTMENTS;<br>UDE OF MITCHELL ROAD, LTD.;<br>and SHERRI LYNN WILSON,<br><br>*Defendants.* | CIVIL ACTION<br><br>NO. CA 01-2381 |

## STIPULATION TO MARK JUDGMENT SATISFIED

We the undersigned attorneys for the respective parties, do hereby STIPULATE and AGREE that the Judgment, entered September 22, 2005, as amended on November 10, 2005, against Defendants Universal Development Management, Inc., t/d/b/a The Meadows Apartments; UDE of Mitchell Road, Ltd., and Sherri Lynn Wilson, has been fully satisfied and said Judgment should be marked satisfied.

Date: 7/11/06

Elizabeth M. Tarasi, Esquire
Tarasi & Tarasi, P.C.
510 Third Avenue
Pittsburgh, PA 15219
Tel. (412) 391-7135
Fax: (412) 471-2673

*Counsel for Plaintiff,
Basem M. F. Hussein*

Date: 6/20/06

Rodger L. Puz, Esquire
DICKIE, MCCAMEY & CHILCOTE
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
Tel: 412-392-5527
Fax: 412-392-5367

Date: 6/14/06

Kim Kocher, Esquire
WHITE AND WILLIAMS LLP
1800 One Liberty Place
Philadelphia, PA 19103
Tel: 215-864-6332
Fax: 215-789-7632

*Counsel for Defendants,
Universal Development Management, Inc.,
t/d/b/a The Meadows Apartments, UDE of
Mitchell Road, Ltd., and Sherri Lynn Wilson*

## ORDER

AND NOW, this __18th__ day of __July__ 2006, it is SO ORDERED.

_s/ Terrence F. McVerry_
United States District Judge